IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tina M. Brown,   Case No. 3:07cv818

    Plaintiff,   Chief Judge James G. Carr

vs.   ENTRY OF APPEARANCE

HCF of Shawnee, Inc.,

    Defendant.

    Attorney Thomas A. Sobecki hereby enters his appearance on behalf of defendant HCF of Shawnee, Inc.

    Respectfully submitted,

*/s/ Thomas A. Sobecki*

Thomas A. Sobecki (0005210)
520 Madison Avenue, Suite 811
Toledo, Ohio 43604
Telephone: 419-242-9908
Fax: 419-242-9937
E-mail: tsobecki@tomsobecki.com
Attorney for Defendant
    HCF of Shawnee, Inc.

## CERTIFICATE OF SERVICE

I certify that the foregoing Entry Of Appearance was served on opposing counsel Gary A. Reeve by the Court's electronic filing and notification system, this 21st day of May 2007.

*/s/ Thomas A. Sobecki*

Thomas A. Sobecki